UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10CR00474 HEA |
| ) | |
| TARA FUNK, ) | |
| BRANDON TAYLOR, ) | |
| STEVEN BLACK, ) | |
| KEVIN ROBINSON, and ) | |
| JEARVON JACKSON, ) | |
| ) | |
| Defendants. ) | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, the United States sought forfeiture of specific property of the above-captioned defendant pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), and 1028 and Title 28, United States Code, Section 2461(c), as set forth in the Indictment:

AND WHEREAS, on November 17, 2010, defendant Kevin Robinson, pleaded guilty to Count VI of the indictment and the United States also entered into a written Stipulation regarding the identified property subject to forfeiture.

AND WHEREAS, on November 17, 2010, defendant Kevin Robinson pled guilty to Count VI of the Indictment and the United States also entered into a written Stipulation regarding the identified property subject to forfeiture.

AND WHEREAS, on November 19, 2010, defendant Brandon pled guilty to Count VI of the Indictment and the United States also entered into a written Stipulation regarding the identified property subject to forfeiture.

AND WHEREAS on November 23, 2010, defendant Jearvon Jackson pled guilty to Count VI of the Indictment and the United States also entered into a written Stipulation regarding the identified property subject to forfeiture.

AND WHEREAS on November 29, 2010, defendant Steven Black pled guilty to Count VI of the Indictment and the United States also entered into a written Stipulation regarding the identified property subject to forfeiture.

AND WHEREAS, by virtue of said pleas of guilty and written Stipulations, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), and 1028 and Title 28, United States Code, Section 2461(c);

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the defendants' pleas of guilty and the written Stipulations, the following property is hereby forfeited to the United States for the disposition in accordance with the law, subject to the provisions of Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), and 1028 and Title 28, United States Code, Section 2461(c):

    (a)   $7,530.00 United States Currency

2. That the aforementioned forfeited property is to be held by the Department of Homeland Security, as indicated, in their secure custody and control.

3. Upon issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to all third parties asserting a legal interest in any of the above described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, of the Court's Preliminary Order and the United States' intent to dispose of the property in such

manner as the Attorney General may direct, pursuant to Title 21, United States Code, Section 853(n)(1).

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeiture properties and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of all third-party interests, this Court shall enter a Final Order of Forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(2), and 1028 and Title 28, United States Code, Section 2461(c), in which all of said property will be ordered forfeited to the United States to be disposed of according to law.

Ordered this 11th day of January, 2011.

HENRY E. AUTREY
United States District Judge

3