UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:10CR474 HEA |
|  | ) |  |
| TARA FUNK, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Tuesday, February 15, 2011, is reset to Tuesday, March 1, 2011, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 14th day of February, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE